# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CYNTHIA M. YODER, et. al., :
:
      Plaintiff, :
: Civil Action
  v. :
: No. 13-cv-1377
WELLS FARGO BANK, N.A., et. al. :
:
      Defendants. :

## ORDER

**AND NOW,** this 9th day of October 2013, upon consideration of the Defendants' motions to dismiss plaintiff's complaint (Doc. Nos. 4 and 5) and Plaintiffs' response thereto (Doc. No. 7), and the various motions filed by plaintiffs, it is **HEREBY ORDERED** that:

    1.    Defendants motions to dismiss (Doc. Nos. 4 and 5) are **GRANTED** with prejudice;

    2.    Plaintiff's motion for reconsideration of my order denying appointment of counsel and permission to proceed in *forma pauperis* (Doc. No. 12) is **DENIED**;

    3.    Plaintiff's motion for stay of the state foreclosure action (Doc. No. 12) is **DENIED**;

    4.    Plaintiff's motion for determination of its motion for reconsideration (Doc. No. 19) is **DENIED**;

    5.    Plaintiffs motion for determination of its motion to stay the state foreclosure action (Doc. No. 15) is **DENIED;**

6. The clerk is directed to mark this case **CLOSED**.

BY THE COURT

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.